UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:06-CV-00363

| | |
|---|---|
| **MICHAEL J. OSTLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **INTERFACE FLOORING SYSTEMS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Upon motion of Kristine M. Howard, a member of the bar of this Court, and for good cause shown, IT IS HEREBY ORDERED that the Motion For Admission of Timothy R. Newton, *pro hac vice*, is granted.

Signed: August 24, 2006

David C. Keesler
United States Magistrate Judge

52564.1