**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:06-CV-00363**

| | | |
|---|---|---|
| **MICHAEL J. OSTLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **INTERFACE FLOORING SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Upon motion of Kristine M. Howard, a member of the bar of this Court, and for good cause shown, IT IS HEREBY ORDERED that the Motion For Admission of Timothy R. Newton, *pro hac vice*, is granted.

Signed: August 24, 2006

David C. Keesler
United States Magistrate Judge