IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV363**

| | |
|---|---|
| MICHAEL J. OSTLER, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| v. | ) |
| | ) |
| INTERFACE FLOORING SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, November 9, 2006 at 10:30 a.m.**

It is so ordered.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge