IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 363**

| | | |
|---|---|---|
| MICHAEL J. OSTLER, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| INTERFACE FLOORING SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The status conference previously set for November 9, 2006 is hereby **re- scheduled** to **Tuesday, November 28, 2006, at 2:00 p.m.** in Chambers.

It is so ordered.

Signed: October 27, 2006

Graham C. Mullen
United States District Judge