UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV363

| | |
|---|---|
| MICHAEL J. OSTLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| INTERFACE FLOORING SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court upon non-party Environamics, Inc.'s objection to a subpoena issued by the Defendant requesting production of the Plaintiff's confidential employment file without the Plaintiff's consent. Counsel for the Plaintiff has informed the court that Plaintiff has no objection to the production of the employment file by Environamics, Inc. Accordingly,
    IT IS THEREFORE ORDERED that non-party Environamics, Inc. comply with the subpoena issued by the Defendant.

Signed: May 17, 2007

Graham C. Mullen
United States District Judge